UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 8:16-cr-66-T-23JSS

ALLEN GEORGE MACMEEKEN

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
<u>PURSUANT TO FED. R. CRIM. P. 35(b)</u>**

    The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, pursuant to Fed. R. Crim. P. 35(b), hereby moves for a sentence reduction for the above-referenced defendant and further states:

    1.    The defendant was sentenced on June 16, 2016, to 70 months' imprisonment.

    2.    Since his sentencing, the defendant has provided substantial assistance to law-enforcement authorities. Specifically, the defendant provided information to law-enforcement authorities that assisted in the prosecution of the conspiracy's source of supply.

    3.    Should the Court grant this motion, the United States recommends that the Court sentence the defendant within the guideline range of 63-78 months.

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:    */s/ Daniel M. Baeza*
        Daniel M. Baeza
        Assistant United States Attorney
        United States Attorney No. 164
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Daniel.Baeza@usdoj.gov

U.S. v. MacMeeken                          Case No. 8:16-cr-66-T-23JSS

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Defense counsel of record

                                              */s/ Daniel M. Baeza*
                                              Daniel M. Baeza
                                              Assistant United States Attorney
                                              United States Attorney No. 164
                                              400 N. Tampa Street, Suite 3200
                                              Tampa, Florida 33602-4798
                                              Telephone: (813) 274-6000
                                              Facsimile: (813) 274-6358
                                              E-mail: Daniel.Baeza@usdoj.gov